

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-15-00194-CV

**AN Luxury Imports, Ltd. d/b/a BMW of Dallas, Inc., AN Luxury Imports GP, LLC, and United States Warranty Corp.**

**v.**

**D. Scott Southall**

NO. 2014-33551 IN THE 295TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 04/27/2015 | E-PAID | APE |
| CLK RECORD | $174.00 | 03/12/2015 | PAID | ANT |
| FILING | $175.00 | 03/05/2015 | PAID | ANT |
| STATEWIDE EFILING | $20.00 | 03/05/2015 | PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $379.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this December 11, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**